IN THE COUNTY COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR CLAY COUNTY, FLORIDA

TAH MS BORROWER LLC,

     Plaintiff,

vs.                             CASE NO.:

EVELYNE FARANZUA and
UNKNOWN PARTY IN POSSESSION #1,

     Defendants.

_____/

## COMPLAINT

Plaintiff, TAH MS Borrower LLC, sues Defendants, Evelyne Faranzua and Unknown Party in Possession #1, and alleges:

### GENERAL ALLEGATIONS

#### Jurisdiction, Parties and Venue

1.     This is an action for unlawful detainer of property pursuant to Chapter 82, Fla.Stat. Jurisdiction is proper pursuant to §34.011(2), Fla.Stat.

2.     Plaintiff is a foreign limited liability company authorized to transact business in Florida and, at all times material hereto, owns the below-described dwelling unit in Clay County.

3.     Defendants are unlawfully detaining the real property located at 809 Hardwood Street, Orange Park, Florida 32065 (the "Detained Property").

4.     Venue is proper in Clay County because the Detained Property is located there.

#### Substantive Allegations

5.     On or about June 28, 2023, Plaintiff's previously approved tenant vacated the Detained Property after their tenancy expired.

6.     At some unknown time later, Defendants moved into the Detained Property and have refused to vacate the Detained Property.

**EXHIBIT "A" Page 3**

7.    Defendants continue to unlawfully, wrongfully, willfully, and knowingly occupy the Detained Property without consent of Plaintiff, despite Plaintiff's demands that the Defendants vacate the Detained Property.

8.    In accordance with §82.03(1), Fla.Stat., Plaintiff is entitled to have Defendants removed from possession of the Detained Property and Plaintiff is entitled to summary procedure set forth in §51.011, Fla.Stat.

9.    Plaintiff has been forced to retain the services of the undersigned attorneys to prosecute this claim, and is obligated to pay them a fee for their services.

10.    All conditions necessary to bringing this action have occurred, been waived or been met.

WHEREFORE, Plaintiff respectfully requests that the Court finds that Defendants are wrongfully holding possession of the Detained Property, grant final judgment in favor of Plaintiff and against Defendants, issue a Writ of Possession in favor of Plaintiff in accordance with §82.091, Fla.Stat., award to Plaintiff costs of this action, and grant Plaintiff such other relief as justified by the circumstances in this case.

<u><b>DESIGNATION OF E-MAIL ADDRESS</b></u>

Atlas Law designates the following e-mail address for the purpose of service of documents in this proceeding:

Primary E-Mail Address:        efiling@atlaslaw.com

Respectfully submitted,

ATLAS LAW, PLLC
Brian C. Chase, Esq. – Fla. Bar No. 0017520
Ryan Vatalaro, Esq. – Fla. Bar No. 125591
Eric W. Bossardt, Esq. – Fla. Bar No. 124614
Sean C. Cornell, Esq. – Fla. Bar No. 1031016
3902 North Marguerite Street
Tampa, Florida 33603
813.241.8269
efiling@atlaslaw.com
*Attorneys for Plaintiff*

<span style="color:red"><b>EXHIBIT "A" Page 4</b></span>